USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2008

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
WILLIAM COLEMAN,                    :

                 Petitioner,        :      ORDER

       - against -                  :      07 Civ. 8261 (DC)

JOSEPH T. SMITH, Superintendent     :
of Shawagunk Correctional
Facility,                           :

                 Respondent.        :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

Petitioner's motion for a stay in the proceedings pending the exhaustion of state remedies is granted. The Clerk of the Court shall place this case on the Court's suspense docket.

SO ORDERED.

Dated:  New York, New York
        February 14, 2008

                                    _____
                                    DENNY CHIN
                                    United States District Judge